# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2015

### NO. 03-14-00097-CV

**Paul L. Foster, William Eugene Powell, R. Steven Hicks, Nash M. Horne, Robert L. Stillwell, Alex M. Cranberg, Wallace L. Hall, Jr., Brenda Pejovich, Ernest Aliseda, and Jeffrey D. Hildebrand, in their official capacities as Regents of the University of Texas System; and Craig Westemeier, in his official capacity as Associate Athletics Director, Appellants**

**v.**

**American Society of Landscape Architects, Inc. and the American Society of Landscape Architects' Library and Education Advocacy Fund, Inc., Individually and on behalf of Sustainable Sites Initiative, an Unincorporated Nonprofit Association, Appellees**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
### VACATED AND DISMISSED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the interlocutory order signed by the trial court on February 4, 2014. Having reviewed the record, it appears that this cause is moot. Therefore, the Court vacates the district court's order and dismisses appellants' claims for want of jurisdiction. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.